No. 87-7108.   RINGO v. REES, SUPERINTENDENT, KENTUCKY STATE REFORMATORY, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 87-7109.   TORRES v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 87-7112.   ARCHER v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 87-7120.   JIMENEZ v. TEXAS.   Ct. App. Tex., 13th Dist. Certiorari denied.

No. 87-7121.   TARPLEY, AKA TOPLEY v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 87-7122.   TAYLOR v. SUMNER, DIRECTOR, NEVADA DEPARTMENT OF PRISONS.   C. A. 9th Cir.   Certiorari denied.

No. 87-7123.   SATTERFIELD v. PENNSYLVANIA.   Super. Ct. Pa. Certiorari denied.

No. 87-7124.   SMALL v. HARRIS ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 87-7126.   MURR v. NELSON.   C. A. 6th Cir.   Certiorari denied.

No. 87-7127.   SHAFFER v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 87-7131.   SAMM v. SOUTHEASTERN UNIVERSITY.   Ct. App. D. C.   Certiorari denied.

No. 87-7132.   PORTER v. ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 87-7134.   PERRERA v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 87-7138.   CALHOUN v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 87-7139.   GANEN v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.